Ted M. Brindle, OSB #851627
Email: tmb@bmllaw.net
Cary C. Novotny, OSB #953688
Email: ccn@bmllaw.net
BRINDLE MCCASLIN & LEE, P.C.
101 SW Main Street Suite 950
Portland, Oregon 97204
Telephone: 503-224-4825
Facsimile: 503-228-7924
Attorneys for Plaintiffs Carson Smith,
and SMITHONLY Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CARSON SMITH, an individual, and SMITHONLY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS HEALY, HOLLY HEALY, as individuals, SKY CORPORATION, LTD., an unincorporated business entity, RKD PREMIUM PRODUCTS, AN OREGON CORPORATION, KENNETH TANG, an individual, and K'S PREMIUM PRODUCTS COMPANY, an unincorporated business entity,<br><br>Defendants. | Civil No.: 10-CV-72-BR<br><br>**PLAINTIFF'S MOTION FOR REMAND TO STATE COURT**<br><br>Request for Oral Argument |

Plaintiffs, by and through their undersigned attorney, move this Court to remand this case to the Circuit Court of the State of Oregon, in and for Multnomah County, from which Court it was attempted to be removed from to this Court. In support of this Motion, the Plaintiffs' state

**1 – PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

the following:

1.  Defendants' Notice of Removal alleges, as a the sole basis for removal, the fact the Plaintiffs' Complaint raises federal questions that are subject to federal court jurisdiction. There are in fact no federal questions raised and thus no federal subject matter jurisdiction to support removal to federal court. Thus, remand back to State court is required. Plaintiffs' offer, in support of this motion, the attached Memorandum of Law in Support of Plaintiffs' Motion to Remand.

**WHEREFORE**, the plaintiffs respectfully requests that this Court:

1.  Remand the action to the Circuit Court of Multnomah County, Oregon.

2.  Award Plaintiffs reasonable attorney's fees and costs incurred in conjunction with preparing this Motion for Remand; and

3.  Grant any other relief this Court deems just and proper.

**DATED** this 13th day in April, 2010.

Cary Novotny, OSB #953688
BRINDLE MCCASLIN & LEE, P.C.
101 S.W. Main Street, Suite 950
Portland, Oregon 97204
Telephone: (503) 224-4825
Fax: (503) 228-7924
Of Attorneys for Plaintiffs

**2 – PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 13, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael M Ratoza,
Attorney for Defendants DENNIS HEALY, HOLLY HEALY, SKY CORPORATION, LTD., and RKD PREMIUM PRODUCTS
Bullivant Houser Bailey PC
Of Attorneys for Defendants
888 SW 5th Ave Ste 300
Portland, OR 97204

DATED this 13th day of April 2010.

_____
Cary C. Novotny, OSB #953688
Email: ccn@bmllaw.net
BRINDLE MCCASLIN & LEE, P.C.
101 SW Main Street Suite 950
Portland, Oregon 97204
Telephone: 503-224-4825
Facsimile: 503-228-7924
Attorneys for Plaintiffs Carson Smith,
and SMITHONLY Corporation

1- CERTIFICATE OF SERVICE