**Michael M. Ratoza**, OSB #763010
E-Mail: michael.ratoza@bullivant.com
**Chad M. Colton**, OSB #065774
E-Mail: chad.colton@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants Dennis M. Healy,
Holly Ye-Healy, Sky Corporation Limited, and
RKD Premium Products, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| CARSON SMITH, an individual, and SMITHONLY CORPORATION, | Civil No.: 10-CV-72-BR |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| DENNIS M. HEALY, HOLLY HEALY as individuals, SKY CORPORATION, LTD., an incorporated business entity, RKD PREMIUM PRODUCTS, INC, an Oregon corporation, KENNETH TANG an individual, and K'S PRODUCTS COMPANY, an incorporated business entity, | Oral Argument Requested |
| Defendants. | |

### CERTIFICATE OF COMPLIANCE

Pursuant to LR 7‑1(a), counsel for Defendants Dennis M. Healy, Holly Ye-Healy,

Sky Corporation Limited, and RKD Premium Products, Inc. (collectively "the Moving

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Page 1**

Defendants") certify that they made a good faith effort through personal or telephone conferences to resolve the dispute and have been unable to do so.

## MOTION

Pursuant to Fed. R. Civ. P. 56(b), the Moving Defendants move for summary judgment against the following claims:

1.  Plaintiffs' First Claim for Relief (Breach of Implied-in-Fact Contract);

2.  Plaintiffs' Second Claim for Relief (Violation of Oregon's Uniform Trade Secrets Act);

3.  Plaintiffs' Third Claim for Relief (Breach of Fiduciary Duty); and

4.  Plaintiffs' Fourth Claim for Relief (Permanent Injunction).

Further, the Moving Defendants seek a judgment for their attorney fees and costs pursuant to O.R.S. § 20.105 and § 646.638(3) because Plaintiffs' claims are objectively unreasonable.

This Motion is supported by the accompanying Memorandum of Law, Defendants' Concise Statement of Material Facts, the Declaration of Dennis M. Healy and its accompanying exhibits, and the pleadings on file in this case.

DATED:  April 16, 2010.

BULLIVANT HOUSER BAILEY PC

By:  /s/ Michael M. Ratoza
  **Michael M. Ratoza**, OSB #763010
  **Chad M. Colton**, OSB #065774
  Telephone: 503.228.6351
  Attorneys for Defendants Dennis M. Healy,
  Holly Ye-Healy, Sky Corporation Limited, and
  RKD Premium Products, Inc.

12341168.1

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Page 2**