Ted M. Brindle, OSB #851627
Email: tmb@bmllaw.net
Cary C. Novotny, OSB #953688
Email: ccn@bmllaw.net
BRINDLE MCCASLIN & LEE, P.C.
101 SW Main Street Suite 950
Portland, Oregon 97204
Telephone: 503-224-4825
Facsimile: 503-228-7924
Attorneys for Plaintiffs Carson Smith,
and SMITHONLY Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CARSON SMITH, an individual, and SMITHONLY CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>DENNIS HEALY, HOLLY HEALY, as individuals, SKY CORPORATION, LTD., an unincorporated business entity, RKD PREMIUM PRODUCTS, AN OREGON CORPORATION, KENNETH TANG, an individual, and K'S PREMIUM PRODUCTS COMPANY, an unincorporated business entity,<br><br>          Defendants. | Civil No.: 10-CV-72-BR<br><br>JOINT STATUS REPORT |

**JOINT STATUS REPORT**

    Pursuant to this Court's Order, Doc. No. 34, the parties provide their Joint Status Report.

The parties seek the Court's assistance in resolving all remaining issues, and request that the

1 – JOINT STATUS REPORT

Court assign this case to a settlement judge for mediation. In the event any issue remains unresolved following mediation, the parties will file an amended Joint Status Report at that time.

**DATED** this 29th day in October, 2010.

Jointly and respectfully submitted by:

| | |
|---|---|
| /s/Cary Novotny | /s/ Michael M Ratoza |
| Cary Novotny, OSB #953688 | Michael M. Ratoza, #OSB #763010 |
| BRINDLE MCCASLIN & LEE. P.C. | BULLIVANT HOUSER PC |
| 101 S.W. Main Street, Suite 950 | 888 SW 5th Ave Ste 300 |
| Portland, Oregon 97204 | Portland, OR 97204 |
| Telephone: (503) 224-4825 | Telephone: (503) 228-6351 |
| Fax: (503) 228-7924 | Fax: (503) 295-0915 |
| Of Attorneys for Plaintiffs | Of Attorneys for Defendants |