Ted M. Brindle, OSB #851627
Email: tmb@bmllaw.net
Cary C. Novotny, OSB #953688
Email: ccn@bmllaw.net
BRINDLE MCCASLIN & LEE, P.C.
101 SW Main Street Suite 950
Portland, Oregon 97204
Telephone: 503-224-4825
Facsimile: 503-228-7924
Attorneys for Plaintiffs Carson Smith,
and SMITHONLY Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CARSON SMITH, an individual, and SMITHONLY CORPORATION, | |
| | Civil No.: 10-CV-72-BR |
| Plaintiffs, | |
| v. | JOINT STATUS REPORT |
| DENNIS HEALY, HOLLY HEALY, as individuals, SKY CORPORATION, LTD., an unincorporated business entity, RKD PREMIUM PRODUCTS, AN OREGON CORPORATION, KENNETH TANG, an individual, and K'S PREMIUM PRODUCTS COMPANY, an unincorporated business entity, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order, Doc. No. 37, the parties provide their Joint Status Report.

The parties were unsuccessful in settling this case at the mediation held before the Honorable

**1 – JOINT STATUS REPORT**

Thomas Coffin on November 18, 2010. The defendant intends to voluntarily dismiss without prejudice its counterclaim seeking a declaration of co-ownership of the invention. Defendants intend to proceed with their counterclaim for attorney fees by filing a motion for attorneys' fees within twenty days of filing this report. Plaintiff's are considering filing a motion to amend their complaint in line with the court's rulings against their current claims by adding a new claim alleging Defendant's conversion of personal property of Plaintiffs. If Plaintiff decides to file such motion, then Plaintiff will file no later than December 13, 2010.

**DATED** this 29th day in November, 2010.

Jointly and respectfully submitted by:

| /s/Cary Novotny | /s/ Michael M Ratoza |
|---|---|
| Cary Novotny, OSB #953688 | Michael M. Ratoza, #OSB #763010 |
| BRINDLE MCCASLIN & LEE. P.C. | BULLIVANT HOUSER  PC |
| 101 S.W. Main Street, Suite 950 | 888 SW 5th Ave Ste 300 |
| Portland, Oregon 97204 | Portland, OR  97204 |
| Telephone: (503) 224-4825 | Telephone: (503) 228-6351 |
| Fax: (503) 228-7924 | Fax: (503) 295-0915 |
| Of Attorneys for Plaintiffs | Of Attorneys for Defendants |

**2 – JOINT STATUS REPORT**