Ted M. Brindle, OSB #851627
Email: tmb@bmllaw.net
Cary C. Novotny, OSB #953688
Email: ccn@bmllaw.net
BRINDLE MCCASLIN & LEE, P.C.
101 SW Main Street Suite 950
Portland, Oregon 97204
Telephone: 503-224-4825
Facsimile: 503-228-7924
Attorneys for Plaintiffs Carson Smith,
and SMITHONLY Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CARSON SMITH, an individual, and SMITHONLY CORPORATION, | Civil No.: 10-CV-72-BR |
| Plaintiffs, | |
| v. | **PLAINTIFF'S SECOND MOTION TO AMEND COMPLAINT** |
| DENNIS HEALY, HOLLY HEALY, as individuals, SKY CORPORATION, LTD., an unincorporated business entity, RKD PREMIUM PRODUCTS, AN OREGON CORPORATION, KENNETH TANG, an individual, and K'S PREMIUM PRODUCTS COMPANY, an unincorporated business entity, | FRCP 15(a)(2) <br><br> **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**CERTIFICATE OF CONFERRAL (SLR 7.1)**

Pursuant to LR 7.1(a), I hereby certify that the parties made a good faith effort through telephone conversations to resolve the dispute and have been unable to do so.

1 – PLAINTIFFS' SECOND MOTION TO AMEND COMPLAINT

## MOTION

Plaintiffs, by and through their undersigned attorney, move this Court for leave to file a Second Amended Complaint pursuant to FRCP 15(a)(2). The proposed draft Second Amended Complaint is attached as Exhibit 1 to this motion, and the attached Declaration of Counsel is offered in support of this motion, which alleges facts sufficient for the court to find that justice so requires that leave to amend be granted. If leave is not granted, then Plaintiffs' may suffer undue harm to their claims and a substantial injustice will occur.

The following is a list of the proposed amendments to the complaint:

1. Because the court has ruled against Plaintiffs on all of Plaintiffs' existing claims pursuant to Defendants' Motion for Summary Judgment, Plaintiffs have dropped all existing claims from this proposed amended complaint. Thus, only the first 5 introductory paragraphs are similar to those in the first complaint but have also been altered in light of the new claims proposed in the amended complaint.

2. This court has denied Plaintiffs' previous motion to amend its complaint to add a conversion claim on the grounds that such amendment would be futile due to the court's findings that federal patent law preempts and prohibits any attempt by Plaintiffs to allege a claim that Defendants' have converted Plaintiffs' intellectual property by selling Plaintiffs' copies of Plaintiffs' invention without Plaintiffs' permission. Thus, Plaintiffs propose this attached amended complaint alleging three counts of Defendants' conversion of Plaintiffs' personal, not intellectual property.

**WHEREFORE**, the plaintiffs respectfully requests that this Court:

1. Order that Plaintiff's be allowed to file the proposed Second Amended Complaint.

2. Grant any other relief this Court deems just and proper.

       **DATED** this 12th day in December, 2010.

    /s/Cary Novotny
Cary Novotny, OSB #953688
BRINDLE MCCASLIN & LEE. P.C.
101 S.W. Main Street, Suite 950
Portland, Oregon 97204
Telephone: (503) 224-4825
Fax: (503) 228-7924
Of Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 13, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael M Ratoza,
Attorney for Defendants DENNIS HEALY, HOLLY HEALY, SKY CORPORATION, LTD., and  RKD PREMIUM PRODUCTS
Bullivant Houser Bailey PC
Of Attorneys for Defendants
888 SW 5th Ave Ste 300
Portland, OR  97204


DATED this 13th day of December, 2010.

/s/Cary Novotny
Cary C. Novotny, OSB #953688
Email: ccn@bmllaw.net
BRINDLE MCCASLIN & LEE, P.C.
101 SW Main Street Suite 950
Portland, Oregon 97204
Telephone: 503-224-4825
Facsimile: 503-228-7924
Attorneys for Plaintiffs Carson Smith, and SMITHONLY Corporation

1- CERTIFICATE OF SERVICE