**Michael M. Ratoza**, OSB #763010
E-Mail: michael.ratoza@bullivant.com
**Chad M. Colton**, OSB #065774
E-Mail: chad.colton@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants Dennis M. Healy, Holly Healy, Sky Corporation, Ltd., and RKD Premium Products, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| CARSON SMITH, an individual, and SMITHONLY CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DENNIS M. HEALY, HOLLY HEALY as individuals, SKY CORPORATION, LTD., an incorporated business entity, RKD PREMIUM PRODUCTS, INC, an Oregon corporation, KENNETH TANG an individual, and K'S PRODUCTS COMPANY, an incorporated business entity,<br><br>　　　　　　　Defendants. | Civil No.: 10-CV-72-BR<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT MOTION FOR ATTORNEY FEES** |

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO
SUBMIT FEE MOTION FOR ATTORNEY FEES
**Page 1**

### LR 7-1(a) CERTIFICATION

Defendants represent that their counsel made a good faith effort to obtain Plaintiffs' consent to this Motion through telephone communications and that Plaintiffs do not oppose this Motion.

### MOTION

Defendants Dennis M. Healy, Holly Ye-Healy, Sky Corporation, Ltd., and RKD Premium Products, Inc. move to extend the December 20, 2010 deadline for Defendants to submit their O.R.S. § 20.105 Motion for Attorney Fees in this case until 10 days after Plaintiffs' December 13, 2010 Second Motion to Amend has been resolved. This request meets the requirements for an extension under LR 16-3(a) for the following reasons:

1. Extension of this deadline will allow Defendants to include a report and analysis in their Motion for Attorney Fees of the efforts that they will make in opposing Plaintiffs' Second Motion to Amend and the reasons why Defendants believe that Plaintiffs' Second Motion to Amend is inappropriate. Plaintiffs will then have the opportunity to address their rationale for filing the Motion and respond to Defendants' fee request.

2. To date, the parties have made effective use of their time by removing this case to this Court, briefing Plaintiffs' Motion to Remand, briefing Defendants' Motion for Summary Judgment, engaging in settlement communications, and attending mediation following the entry of summary judgment against Plaintiffs' claims.

3. The parties request that the Court modify the submission date for Defendants' Motion for Attorney Fees and adopt the following schedule:

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT FEE MOTION FOR ATTORNEY FEES
Page 2

| EVENT | CURRENT DEADLINE | REQUESTED DATE |
|---|---|---|
| Filing of Defendants' Motion for Attorney Fees | December 20, 2010 | 10 days after Plaintiffs' Second Motion to Amend has been resolved |

4. Defendants' proposed deadline extension will not impact other existing deadlines, settings, or schedules.

DATED:  December 17, 2010.

BULLIVANT HOUSER BAILEY PC

By  *s/ Chad M. Colton*
**Michael M. Ratoza,** OSB #763010
**Chad M. Colton,** OSB #065774
Telephone: 503.228.6351
Attorneys for Defendants Dennis M. Healy, Holly Healy, Sky Corporation, Ltd., and RKD Premium Products, Inc.

12992836.1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT FEE MOTION FOR ATTORNEY FEES**
**Page 3**