**Michael M. Ratoza**, OSB #763010
E-Mail: michael.ratoza@bullivant.com
**Chad M. Colton**, OSB #065774
E-Mail: chad.colton@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants Dennis M. Healy, Holly
Healy, Sky Corporation, Ltd., and RKD Premium
Products, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| CARSON SMITH, an individual, and SMITHONLY CORPORATION,<br><br>          Plaintiffs,<br><br>    v.<br><br>DENNIS M. HEALY, HOLLY HEALY as individuals, SKY CORPORATION, LTD., an incorporated business entity, RKD PREMIUM PRODUCTS, INC, an Oregon corporation, KENNETH TANG an individual, and K'S PRODUCTS COMPANY, an incorporated business entity,<br><br>          Defendants. | Civil No.: 10-CV-72-BR<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AS TO DEFENDANTS' FIRST COUNTERCLAIM ONLY** |

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**STIPULATION OF DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii) AS TO DEFENDANTS'
FIRST COUNTERCLAIM ONLY – Page 1**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties stipulate that the Defendants' First

Counterclaim for Relief, seeking a declaration of co-inventorship by the appearing

Defendants, is dismissed without prejudice. No other claim or defense of the appearing

Defendants is dismissed by this filing.

Dated: December 21, 2010.


IT IS SO STIPULATED:


s/ Michael M. Ratoza                                                       s/ Cary C. Novotny
Michael M. Ratoza, OSB No. 763010                  Ted M. Brindle, OSB No. 851627
Chad M. Colton, OSB No. 065774                 Cary C. Novotny, OSB No. 953688
BULLIVANT HOUSER BAILEY PC             BRINDLE MCCASLIN & LEE, P.C.
Telephone: 503 228 6351                            Telephone: 503 224 4825
Attorneys for Defendants Dennis M. Healy,   Attorneys for Plaintiffs Carson Smith,
Holly Healy, Sky Corporation, Ltd., and     and SMITHONLY Corporation
RKD Premium Products, Inc.


12997218.1


Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**STIPULATION OF DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii) AS TO DEFENDANTS'
FIRST COUNTERCLAIM ONLY – Page 2**