IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CARSON SMITH, an individual,
and SMITHONLY CORPORATION,

       Plaintiffs,

v.

DENNIS HEALY and HOLLY HEALY
as individuals; SKY
CORPORATION, LTD, an
unincorporated business
entity; RKD PREMIUM PRODUCTS,
INC., an Oregon corporation;
KENNETH TANG, an individual;
and K'S PREMIUM PRODUCTS
COMPANY, an unincorporated
business entity,

       Defendants.

10-CV-72-BR

JUDGMENT

    Based on the Court's Opinions and Orders (#34, #47) issued

October 7, 2010, and January 26, 2011, and the Court's Order

1 - JUDGMENT

(#___) issued February 10, 2011, the Court **DISMISSES  with prejudice** Plaintiffs' claims for breach of implied-in-fact contract, misappropriation of trade secrets, breach of fiduciary duty, and injunction and **REMANDS** Plaintiff's remaining state-law claims to Multnomah County Circuit Court.

IT IS SO ORDERED.

DATED this 10th day of February, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - JUDGMENT