**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**Office of the Clerk**
740 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE   PORTLAND, OREGON 97204-2902
(503) 326-8008

**Mary L. Moran**  **Deirdre Neal**
**Clerk of Court**  **Division Manager**

February 14, 2011

Multnomah County Circuit Court
1021 SW 4th Ave
Portland, OR  97204

To Whom It May Concern:

    **Subject:  Remand of Civil Case**
    **CV 10-72-BR, Carson Smith, et al. V. Dennis Healy, et al**

    Pursuant to this Court's order of February 10, 2001 remanding the above referenced case to your court, we are transmitting a certified copy of the order remanding the case. You may access this case via the Court's website at www.ord.uscourts.gov.  Please acknowledge receipt on the enclosed copy of this letter and return.  Thank you for your cooperation.

        Sincerely,

        Mary L. Moran, CLERK

        /s/ E. Potter
        Elizabeth Potter
        Deputy Clerk

Enclosure
cc:   File

    **RECEIPT IS ACKNOWLEDGED FOR THE DOCUMENTS DESCRIBED HEREIN**

Date of Receipt:_____
By:_____